IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

Case No.: 3:21-cv-00001-CDL

DONNA STALEY,

   Plaintiff,

v.

BCA FINANCIAL SERVICES, INC.,

   Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Donna Staley, and Defendant, BCA Financial Services, Inc. (collectively the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, and would represent to the Court that this action has been resolved and would request entry of an Order dismissing this matter with Prejudice, each party to bear their own costs and attorneys' fees.

Dated this **25th day of February 2021.**

| | |
|---|---|
| */s/ Scott M. Stevens*_____ <br> Scott M. Stevens, Esquire <br> Georgia Bar No. 680845 <br> sstevens@howecollections.com <br> Howe & Associates, PC. <br> 4385 Kimball Bridge Road, Suite 100 <br> Alpharetta, Georgia 30022 <br> Telephone: 678-566-6800 <br> *Attorney for Plaintiff* | */s/ Ernest H. Kohlmyer, III* <br> Ernest H. Kohlmyer, III, Esquire <br> Georgia Bar No. 427760 <br> skohlmyer@shepardfirm.com <br> Shepard, Smith, Kohlmyer & Hand, P.A. <br> 2300 Maitland Center Parkway, Suite 100 <br> Maitland, Florida 32751 |

        Telephone (407) 622-1772
        Facsimile (407) 622-1884
        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **February 25, 2021**, via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Scott M. Stevens, Esquire at sstevens@howecollections.com (*Attorneys for Plaintiff*).

        <u>*/s/ Ernest H. Kohlmyer, III*</u>
        Ernest H. Kohlmyer, III
        Georgia Bar No. 427760
        Florida Bar No.: 0110108
        skohlmyer@shepardfirm.com
        Shepard, Smith, Kohlmyer & Hand, P.A.
        2300 Maitland Center Parkway, Suite 100
        Maitland, Florida 32751
        Phone: (407) 622-1772
        Fax: (407) 622-1884
        *Attorneys for Defendant, BCA Financial Services, Inc.*